UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                            )<br>                Plaintiff,                           )<br>                                                            )<br>        v.                                                )     Criminal No. 90-0408-01<br>                                                            )     Civil No. 07-0460<br>PEDRO JULIO PRANDY-BINNETT,  )<br>                                                            )<br>                Defendant.                       )<br>_____)  | |

### ORDER

Pursuant to LCrR 59.2 and LCvR 72.3 of the Rules of the United States District Court for the District of Columbia, it is hereby **ORDERED** that this case shall be referred to United States Magistrate Judge John M. Facciola for all purposes authorized by the rules.

**SO ORDERED.**

_____
THOMAS F. HOGAN
Chief Judge

Date: April 28, 2008